# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

**PHILIP BORRIS**

        **Plaintiff,**

                                   **Civil Action 2:20-cv-5664**
                                   **Judge Edmund A. Sargus, Jr.**
      **v.**                         **Magistrate Judge Chelsey M. Vascura**

**ENTERPRISE TECHNICAL
ASSISTANCE SERVICES, INC.,**

        **Defendants.**

## ORDER

The parties are actively engaging in good-faith settlement negotiations and jointly request that the case schedule be stayed, until February 28, 2022, so that they may continue negotiations. The parties' joint oral motion is **GRANTED**.   Accordingly, this action is **STAYED until FEBRUARY 28, 2022**.   If the parties have not filed a dismissal entry in accordance with Federal Rule of Civil Procedure 41(a)(1)(A) or a motion requesting dismissal in accordance with Federal Rule of Civil Procedure 41(a)(2) **ON OR BEFORE FEBRUARY 28, 2022**, they are **ORDERED** to file a written **REPORT** detailing the status of this case.   If the parties have arrived at an impasse before February 28, 2022, they must confer and file a motion to lift the stay, attaching a joint, proposed case schedule.

      **IT IS SO ORDERED**.

                                                /s/ *Chelsey M. Vascura*
                                          CHELSEY M. VASCURA
                                          UNITED STATES MAGISTRATE JUDGE