UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**PHILIP BORRIS,**

    **Plaintiff,**

  v.                                Case No. 2:20-cv-5664
                                         Judge Edmund A. Sargus, Jr.
                                         Magistrate Judge Chelsey M. Vascura

**ENTERPRISE TECHNICAL
ASSISTANCE SERVICES, INC.,**

    **Defendants.**

## ORDER

This matter arises on Defendant's joint motion to adjourn trial date only. (ECF No. 43). This case is set for trial on June 5, 2023. The parties seek to move the trial date to sometime in July or August of 2023. The Court cannot accommodate this request, as it already has several trials scheduled for July and August. Defendant's joint motion to adjourn trial date is **DENIED**.

    **IT IS SO ORDERED.**

**2/23/2023**                                                       **s/Edmund A. Sargus, Jr.**
**DATE**                                                            **EDMUND A. SARGUS, JR.**
                                                                                     **UNITED STATES DISTRICT JUDGE**