UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**PHILLIP BORRIS,**

    Plaintiff,

  v.

**ENTERPRISE TECHNICAL
ASSISTANCE SERVICES, INC.,**

    Defendant.

Case No. 2:20-cv-05664
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Chelsey M. Vascura

## ORDER

This matter is before the Court on Plaintiff's Notice of Withdraw of Plaintiff's Motion for Preliminary Injunction (ECF No. 72). Plaintiff's Notice of Withdraw is well-taken, and so Plaintiff's Motion for Preliminary Injunction (ECF No. 69) is **DENIED AS MOOT**. All other pending motions remain active.

    **IT IS SO ORDERED**.

**10/12/2023**                          s/Edmund A. Sargus, Jr.
**DATE**                              EDMUND A. SARGUS, JR.
                                     UNITED STATES DISTRICT JUDGE